621 F.2d 763
 UNITED STATES of America, Plaintiff-Appellee,
v.
Richard Bullock HENRY, a/k/a Imari Abubakari Obedele,
Defendant-Appellant.
 No. 79-1740.
 United States Court of Appeals, Fifth Circuit.
 July 16, 1980.
 
 Fred L. Banks, Jr., Jackson, Miss., for Henry.
 James B. Tucker, Asst. U. S. Atty., Jackson, Miss., William G. Otis, Atty., Patty Merkamp Stemler, Dept. of Justice, Washington, D. C., for the U. S.
 Before COLEMAN, Chief Judge, BROWN, AINSWORTH, GODBOLD, CHARLES CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN, VANCE, KRAVITCH, FRANK M. JOHNSON, Jr., GARZA, HENDERSON, REAVLEY, POLITZ, HATCHETT, ANDERSON, RANDALL, TATE, SAM D. JOHNSON and THOMAS A. CLARK, Circuit Judges.*
 PER CURIAM:
 
 
 1
 Considering the decision of the United States Supreme Court in Busic v. United States, ---- U.S. ----, 100 S.Ct. 1747, 64 L.Ed.2d 381, (1980), the sentence is vacated and the case is remanded to the district court for further proceedings consistent with that decision.*
 
 
 2
 ---------------
 
 
 
 * Judge Jerre S. Williams did not participate in this decision.